# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

SHAWN BOSLEY,

        Plaintiff,

v.

KREILKAMP TRUCKING, INC.,

        Defendant.

Case No. 20-CV-549-JPS

**ORDER**

On April 3, 2020, Plaintiff filed a complaint in the above-captioned matter. (Docket #1). On December 2, 2020, the parties filed a stipulation of dismissal of this action, without prejudice and without costs to any party, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Docket #24). The Court will adopt that stipulation. At this juncture, the Court will also deny, as moot, Plaintiff's motion for conditional certification and Court authorized notice. (Docket #18).

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal (Docket #24) be and the same is hereby **ADOPTED**;

**IT IS FURTHER ORDERED** that Plaintiff's motion for conditional certification and Court authorized notice (Docket #18) be and the same is hereby **DENIED as moot**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED without prejudice** and without costs to any party.

Dated at Milwaukee, Wisconsin, this 4th day of December, 2020.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge